IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEXANDER R. ACOSTA, | ) | |
| United States Secretary of Labor | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17cv497 |
| v. | ) | |
| | ) | |
| DAVIS-PAIGE MANAGEMENT | ) | |
| SYSTEMS, LLC, et al., | ) | |
| Defendants. | | |

## ORDER

On February 13, 2018, United States Magistrate Judge Theresa Carroll Buchanan entered a Report and Recommendation ("Report") in this ERISA action, recommending that the Secretary of Labor's motion for default judgment be granted. Specifically, Judge Buchanan recommends that judgment be entered against Davis-Paige Management Systems, LLC in favor of the Secretary of Labor and that all remaining defendants be dismissed from this action.

Upon consideration of the record and Judge Buchanan's well-reasoned Report, to which no objections have been filed, and having found no clear error,[1]

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 51).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Doc. 34) against Davis-Page Management Systems, LLC is **GRANTED**.

It is further **ORDERED** that all remaining defendants, including Davis-Paige Management Systems 401(k) Plan and Davis-Page Management Systems Employee Benefit Plan, are dismissed from this action.

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record and to place this matter among the ended causes.

Final judgment shall issue separately.

Alexandria, Virginia
March 20, 2017

/s/

T. S. Ellis, III
United States District Judge